612

Joseph Lowenstein, plaintiff in error, v. Schiff Trust and Savings Bank, defendant in error. Gen. No. 37,313.

Opinion filed October 16, 1934.

Nat M. Kahn, for plaintiff in error. Kirkland, Fleming, Green &. Martin, for defendant in error; Vernon M. Welsh and David Fisher, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Marie Ann Jellema, appellant, v. Alfred Roy Hulbert, appellee. Gen. No. 37,394.

Opinion filed October 16, 1934.

Oscar E. Carlstrom and Paul T. Klenk, for appellant; Franklin W. Klein and Frederick W. Turner, Jr., of counsel. M. V. Minahan, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Laura M. Johnson, appellee, v. Central Republic Trust Company, appellant. Gen. No. 37,404.

Opinion filed October 16, 1934.

Fisher, Boyden, Bell, Boyd & Marshall, for appellant; William G. Blood and Clark H. Countryman, of counsel. Payton J. Tuohy, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, Auditor of Public Accounts, v. First Italian State Bank.

Matteo Pennisi and Angela Pennisi, appellants, v. First Italian State Bank and Chester A. Willoughby, appellees. Gen. No. 36,884.

Wilson, J., dissenting. Opinion filed October 24, 1934. Rehearing denied November 15, 1934.

McClanahan & McClanahan and Estelle M. Wells, for appellants. George A. Curran, for certain appellee; Walter Wm. Pearson, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.